IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| ANTHONY DARELL TALLIE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 3:16-CV-383-WKW |
| UNITED STATES OF AMERICA, | ) | [WO] |
| | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On June 12, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation is ADOPTED;

(2) Petitioner's 28 U.S.C. § 2255 motion is DENIED; and

(3) This action is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 5th day of July, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE